UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ANTONIO DE JESUS GALLEGOS HERNANDEZ,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Respondents. | No. 6:25-CV-087-H |

**ORDER GRANTING EXTENSION OF
TIME TO FILE A REPLY BRIEF**

Before the Court is the petitioner's unopposed motion to extend time to file a reply brief. Dkt. No. 9. The Court, finding good cause for an extension of the deadline, grants the motion. It is therefore ordered that the petitioner shall file a reply brief by December 10, 2025.

So ordered on December 10, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE